United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 25-12706-jps
Michelle M. Cieslewski  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1      User: admin      Page 1 of 3
Date Rcvd: Jun 30, 2025      Form ID: 309A      Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle M. Cieslewski, 202 Plum St., Fairport Harbor, OH 44077-5720 |
| 28216808 | + | Encova Insurance, 471 E. Broad St., Columbus, OH 43215-3833 |
| 28216812 | + | Frank E. Piscitelli, Jr., 7200 Center St., Suite 312, Mentor, OH 44060-4900 |
| 28216821 | + | Lake County Court of Common Pleas, 25 N. Park Place, 25CV000682, Painesville, OH 44077-3416 |
| 28216823 | | Marta A. Lara, 980 North State St., Building 2, Apt. 201, Painesville, OH 44077 |
| 28216829 | | One Main Financial, 9370 Mentor Ave., Suite A, Mentor, OH 44060-6414 |
| 28216832 | + | Painesville Municpal Court, 7 Richmond Street, CVF2401801, Painesville, OH 44077-3222 |
| 28216833 | + | Painesville Municpal Court, 7 Richmond Street, CVF2402088, Painesville, OH 44077-3222 |
| 28216835 | + | Rick D. Fuller, 202 Plum St., Fairport Harbor, OH 44077-5720 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: awall@ohiolegalclinic.com | Jun 30 2025 21:24:00 | Anna Marie Wall, Rauser & Associates, 1468 W. 9th St. #300, Cleveland, OH 44113 |
| tr | + | EDI: QWJWOJCIK.COM | Jul 01 2025 01:03:00 | Waldemar J. Wojcik, Waldemar Wojcik Co., LPA, 815 Superior Avenue East, Ste 1812, Cleveland, OH 44114-2708 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Jun 30 2025 21:25:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 28216799 | + | EDI: ATTWIREBK.COM | Jul 01 2025 01:03:00 | AT&T Mobilty, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 28216798 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 30 2025 21:33:15 | Affirm, Inc., 650 California St., San Francisco, CA 94108-2716 |
| 28216801 | | EDI: PHINGENESIS | Jul 01 2025 01:03:00 | CB Indigo, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 28216802 | | Email/Text: cfcbackoffice@contfinco.com | Jun 30 2025 21:25:00 | Cerulean, PO Box 3220, Buffalo, NY 14240 |
| 28216806 | | Email/Text: cfcbackoffice@contfinco.com | Jun 30 2025 21:25:00 | Continental Finance Company, 4550 New Linden Hill Rd. Suite 400, Wilmington, DE 19808 |
| 28216800 | | EDI: CAPITALONE.COM | Jul 01 2025 01:03:00 | Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 28216804 | | Email/Text: bankruptcies@ccf.org | Jun 30 2025 21:24:00 | Cleveland Clinic, P.O. Box 89410, Cleveland, OH 44101-6410 |
| 28216805 | + | EDI: PHINGENESIS | Jul 01 2025 01:03:00 | Concora Credit, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 28216807 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 30 2025 21:32:44 | Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873 |

| | | | | |
|---|---|---|---|---|
| 28216809 | + | EDI: PHINGENESIS | Jul 01 2025 01:03:00 | FEB Destiny, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 28216810 | + | EDI: AMINFOFP.COM | Jul 01 2025 01:03:00 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 28216811 | | Email/Text: crdept@na.firstsource.com | Jun 30 2025 21:26:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 28216813 | + | Email/Text: Banko@frontlineas.com | Jun 30 2025 21:26:00 | Frontline Asset Strategies, 10550 Deerwood Park Blvd., Suite 309, Jacksonville, FL 32256-2805 |
| 28216814 | + | Email/Text: argbsref@geico.com | Jun 30 2025 21:25:00 | Geico, PO Box 9506, Fredericksburg, VA 22403-9506 |
| 28216815 | | Email/Text: argbsref@geico.com | Jun 30 2025 21:25:00 | Geico, PO Box 9105, Macon, GA 31208-9105 |
| 28216816 | + | EDI: PHINGENESIS | Jul 01 2025 01:03:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 28216817 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jun 30 2025 21:26:00 | Harley Davidson Financial, 4150 Technology Way, Carson City, NV 89706-2026 |
| 28216818 | + | EDI: JPMORGANCHASE | Jul 01 2025 01:03:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 28216820 | | Email/Text: customerservice.us@klarna.com | Jun 30 2025 21:24:00 | Klarna, Inc., 629 N. High St., Suite 300, Columbus, OH 43215 |
| 28216819 | ^ | MEBN | Jun 30 2025 21:11:27 | Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 28216822 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2025 21:20:59 | LVNV Funding, LLC, 55 Beattie Place #110, Greenville, SC 29601-5115 |
| 28216825 | | Email/Text: ml-ebn@missionlane.com | Jun 30 2025 21:24:00 | Mission Lane Tab Bank, P.O. Box 105286, Atlanta, GA 30348 |
| 28216824 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 30 2025 21:20:25 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 28216826 | ^ | MEBN | Jun 30 2025 21:09:52 | NCB Management Services, 1 Allied Drive, Trevose, PA 19053-6945 |
| 28216827 | + | Email/Text: bmvEbankruptcy@dps.ohio.gov | Jun 30 2025 21:25:00 | Ohio Bureau of Motor Vehicles, Reinstatement Dept., P.O. Box 16520, Columbus, OH 43216-6520 |
| 28216828 | | Email/Text: bmvEbankruptcy@dps.ohio.gov | Jun 30 2025 21:25:00 | Ohio Bureau of Motor Vehicles, Attn.: Compliance Unit, PO Box 16520, Columbus, OH 43216-6520 |
| 28216830 | | EDI: AGFINANCE.COM | Jul 01 2025 01:03:00 | One Main Financial, PO Box 981037, Boston, MA 02298-1037 |
| 28216831 | | EDI: AGFINANCE.COM | Jul 01 2025 01:03:00 | One Main Financial, PO Box 3327, Evansville, IN 47732-3327 |
| 28216834 | | EDI: PRA.COM | Jul 01 2025 01:03:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 28216836 | + | EDI: PHINELEVATE | Jul 01 2025 01:03:00 | RISE, PO Box 101808, Fort Worth, TX 76185-1808 |
| 28216837 | | Email/Text: bankruptcy@snapfinance.com | Jun 30 2025 21:24:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126 |
| 28216839 | | Email/Text: bankruptcy@springoakscapital.com | Jun 30 2025 21:24:00 | Spring Oaks Capital, P.O. Box 1216, Chesapeake, VA 23327 |
| 28216838 | + | Email/Text: dl-csgbankruptcy@charter.com | Jun 30 2025 21:26:00 | Spectrum, 4145 S Falkenburg Rd., Riverview, FL 33578-8652 |
| 28216840 | + | Email/Text; bncnotices@stengerlaw.com | Jun 30 2025 21:24:00 | Stenger & Stenger, 2618 E Paris Ave SE, Grand |

| | | | |
|---|---|---|---|
| 28216841 | EDI: SYNC | Jul 01 2025 01:03:00 | Rapids, MI 49546-2458<br>Synchrony Bank/Amazon, Attn.: Bankruptcy Dept., PO Box 71783, Philadelphia, PA 19176-1783 |
| 28216842 | EDI: SYNC | Jul 01 2025 01:03:00 | Synchrony Bank/PayPal, Attn.: Bankruptcy Dept., PO Box 71783, Philadelphia, PA 19176-1783 |
| 28216843 | EDI: SYNC | Jul 01 2025 01:03:00 | Synchrony Bank/Walmart, Attn.: Bankruptcy Dept., PO Box 71783, Philadelphia, PA 19176-1783 |
| 28216844 | + EDI: PHINGENESIS | Jul 01 2025 01:03:00 | TBOM/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 28216845 | + Email/Text: jcissell@bankofmissouri.com | Jun 30 2025 21:25:00 | The Bank of Missouri, PO Box 400, Dixon, MO 65459-0400 |
| 28216803 | Email/Text: dispute@velocityrecoveries.com | Jun 30 2025 21:25:00 | CKS Prime Investments, 1800 State Route 34, N Building 3, Suite 395, Belmar, NJ 07719 |
| 28216846 | Email/Text: bankomail@wilbergroup.com | Jun 30 2025 21:25:00 | Wilber & Associates, P.C., 210 Landmark Dr., Normal, IL 61761-2194 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anna Marie Wall | on behalf of Debtor Michelle M. Cieslewski awall@ohiolegalclinic.com<br>amariewall27@gmail.com;nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;rauserlaw@gmail.com;rauser@bestclientinc.com;rauserandassociates@gmail.com;rauserecfmail@gmail.com;mresar@ohiolegalclinic.com |
| Waldemar J. Wojcik | wwojcik@wojciklpa.com  wwojcik@ecf.axosfs.com |

TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Michelle M. Cieslewski<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1357<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Northern District of Ohio | Date case filed for chapter: 7   6/26/25 | |
| Case number: | 25–12706–jps | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michelle M. Cieslewski | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 202 Plum St.<br>Fairport Harbor, OH 44077 | |
| 4. | **Debtor's attorney**<br>Name and address | Anna Marie Wall<br>Rauser & Associates<br>1468 W. 9th St. #300<br>Cleveland, OH 44113 | Contact phone 216-263-6200<br>Email: awall@ohiolegalclinic.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Waldemar J. Wojcik<br>Waldemar Wojcik Co., LPA<br>815 Superior Avenue East<br>Ste 1812<br>Cleveland, OH 44114 | Contact phone 216-241-2628<br>Email: wwojcik@wojciklpa.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court Howard M. Metzenbaum U.S. Courthouse 201 Superior Avenue Cleveland, OH 44114–1235 | Hours open: 9:00 AM – 4:00 PM Contact phone 216–615–4300 Date: 6/30/25 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 31, 2025 at 11:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** Valid photo identification required *** *** Proof of Social Security Number required *** | Location: **Zoom video meeting. Go to Zoom.us/join, Click on JOIN or call: 1–216–273–1243., Enter Meeting ID: 544 225 4937, and Passcode: 6052221547** For additional meeting information, go to https://www.justice.gov/ust/moc. |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/29/25** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**

25-12706-jps    Doc 8    FILED 07/02/25    ENTERED 07/03/25 00:12:49    Page 5 of 5