# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHEN DISTRICT OF OHIO

| | |
|---|---|
| In re:<br>MICHELLE M. CIESLEWSKI | : Case No: 25-12706-jps |
| | : Chapter 7 |
| Debtor<br>SSN/TIN: 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 | : Judge: JESSICA E. PRICE SMITH |

**<u>ORDER GRANTING MOTION OF MARTA A. LARA FOR RELIEF FROM STAY</u>**

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by Marta A. Lara ("Movant"). (Docket xx). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

**IT IS FURTHER ORDERED** that the Movant is allowed to pursue the pending civil action against the Debtor herein to the extent that any judgment in the civil action can be satisfied by available liability insurance. The provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply and the relief granted herein shall become effective immediately upon the entry of this Order.

Date: _____  _____

Judge JESSICA E. PRICE SMITH
United States Bankruptcy Judge

SUBMITTED BY:
FRANK E. PISCITELLI, JR. (0062128)
7200 Center Street, suite 312
Mentor, Ohio 44060
216.931.7000 Telephone
216.931.9925 Facsimile
frank@feplaw.com
Counsel for Creditor/Claimant